# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Edwardo Desantiago

              V.                    **JUDGMENT IN A CIVIL CASE**

Oh, M.D.

                                              CASE NUMBER:    08CV1882-BTM-WMC

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Dismissal of Defendant Oh for failure to prosecute pursuant to FED.R.CIV.P. 4(m) is warranted in this matter. Defendant Dr. Oh is Dismissed without Prejudice.

| October 4, 2011 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ E Silvas |
| | (By) E. Silvas, Deputy Clerk |
| | ENTERED ON October 4, 2011 |